THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD MILES,

        Plaintiff

v.

JEFFREY A. SMITH, et al.,

        Defendants

3:20-CV-1434
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS** \_\_\_\_\_8th\_\_\_\_\_ **DAY OF DECEMBER, 2021,** for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Donald Miles is **GRANTED** an extension of time for the filing of an appeal in the above-captioned action pursuant to Federal Rule of Appellate Procedure 4(a)(5). As set forth in the Order of the Third Circuit Court of Appeals (Doc. 26), this grant of relief applies to the notice of appeal already filed and Miles need not file another notice of appeal.

Robert D. Mariani
United States District Judge